1  ELLEN E. McGLYNN, State Bar No. 270367
   ellen.mcglynn@cwn-law.com
2  ZACHARY J. FARLEY, State Bar No. 245355
   zachary.farley@cwn-law.com
3  COLLIER WALSH NAKAZAWA LLP
   One World Trade Center, Suite 2370
4  Long Beach, California 90831
   Telephone: (562) 317-3300
5  Facsimile: (562) 317-3399

6  Attorneys for Plaintiff African Owl
   Shipping Co. Ltd. as owner *pro hac*
7  *vice* of the M/V AFRICAN OWL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| African Owl Shipping Co. Ltd. as owner *pro hac vice* of the M/V AFRICAN OWL (IMO 9701255),<br><br>Plaintiff,<br><br>v.<br><br>Tiryaki Shipping FZE, a foreign entity organized under the laws of the United Arab Emirates, Tiryaki Holding A.S. a foreign entity organized under the laws of the Republic of Turkey, TOI Commodities SA, a foreign entity organized under the laws of the Switzerland, Sunrise Foods International Inc. a foreign entity organized under the laws of Canada, Caprock Land Co. a New Mexico corporation, Whitechart Ltd. a foreign entity organized under the laws of Belize.<br><br>Defendants. | Case No. 2:22-cv-00586 JAM JDP<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR INTERPLEADER AND DISCHARGE OF CARGO**<br><br>**IN ADMIRALTY** |

Plaintiff African Owl Shipping Co. Ltd. ("African Owl") has applied for: a judgement ordering the Defendants in this matter to interplead and settle among themselves their conflict related to the ownership of soybean meal carried by African Owl's vessel (the "Cargo"), an order restraining and enjoining Defendants from

1

ORDER GRANTING REQUEST FOR INTERPLEADER

pursuing any actions against African Owl and its vessels or other property arising from their ownership dispute over the soybean meal, or any other cargo onboard the vessel, at issue in this action, an order permitting African Owl to discharge the disputed soybean meal to a bonded warehouse as scheduled.  The Court has considered the evidence presented on behalf of African Owl in support of its application and has concluded that this is a proper case for granting the requested relief.

It is hereby ORDERED that Defendants interplead and resolve their dispute regarding ownership of the Cargo and other disputed cargo aboard Plaintiff's vessel M/V AFRICAN OWL ("Vessel").

It is further ORDERED that Defendants are restrained from commencing any action against Plaintiff African Owl Shipping Co. Ltd. relating to the delivery or ownership of the Cargo or other disputed cargo aboard the Vessel.

It is further ORDERED that Defendants are enjoined from arresting or attaching Plaintiff African Owl's Vessel, or any other vessel owned or controlled by African Owl, or any other asset of African Owl, without limitation, in reference to the subject matter of this action.

It is further ORDERED that Plaintiff African Owl is permitted to discharge the Cargo into a bonded warehouse located in Stockton, California.

DATED:  April 8, 2022           /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE