ELLEN E. McGLYNN, State Bar No. 270367
ellen.mcglynn@cwn-law.com
ZACHARY J. FARLEY, State Bar No. 245355
zachary.farley@cwn-law.com
COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

Attorneys for Plaintiff African Owl
Shipping Co. Ltd. as owner *pro hac vice* of the M/V AFRICAN OWL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| African Owl Shipping Co. Ltd. as owner *pro hac vice* of the M/V AFRICAN OWL (IMO 9701255),<br><br>Plaintiff,<br><br>v.<br><br>Tiryaki Shipping FZE, a foreign entity organized under the laws of the United Arab Emirates, Tiryaki Holding A.S. a foreign entity organized under the laws of the Republic of Turkey, TOI Commodities SA, a foreign entity organized under the laws of the Switzerland, Sunrise Foods International Inc. a foreign entity organized under the laws of Canada, Whitechart Ltd. a foreign entity organized under the laws of Belize, Sberbank (Switzerland) AG, a foreign entity organized under the laws of Switzerland.<br><br>Defendants. | Case No. 2:22-cv-00586 KJM JDP<br><br>**ORDER FOR DISCHARGE AND SALE OF CARGO**<br><br>**IN ADMIRALTY** |

1.   The Court's Order Granting Plaintiff's Request for Interpleader and Discharge of Cargo dated April 8, 2022 is hereby modified as follows: The Cargo shall be discharged into the warehouse facilities of Penny Newman Grain Company

/////

in Stockton, California, and not to any other warehouse, absent further order of this Court.

2. Subject to the conditions set forth in this Order, Sunrise Foods International Inc. shall have the right to effect sales and distribution of the Cargo to customers.

3. Sunrise Foods International Inc. will deposit $17,499,192.06 into the registry of the Court as security for the value of the Cargo. The funds will be deposited in three payments of $5,833,064.02 each. Upon the deposit of the first payment, Sunrise may arrange for the immediate sale and distribution of up to one third of the Cargo. Upon the deposit of the second payment, Sunrise may arrange for the immediate sale and distribution of up to two-thirds of the Cargo. Upon deposit of the third and final payment, Sunrise may arrange for the immediate sale and distribution of the remainder of the Cargo. The first payment shall be made within ten (10) calendar days of the date this Order is issued. The second and third payments shall be made at intervals of ten (10) calendar days thereafter.

4. The Court orders a hearing on this matter to be held on May 6, 2022 at 10:00 a.m., to address the handling of the interpleader funds and any other issues related to the sales and distribution of the Cargo from Penny Newman Grain Company.

**IT IS SO ORDERED.**

DATED:  April 22, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE