ELLEN E. McGLYNN, State Bar No. 270367
ellen.mcglynn@cwn-law.com
ZACHARY J. FARLEY, State Bar No. 245355
zachary.farley@cwn-law.com
COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone: (562) 317-3300
Facsimile: (562) 317-3399

Attorneys for Plaintiff African Owl Shipping Co. Ltd. as owner *pro hac vice* of the M/V AFRICAN OWL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| African Owl Shipping Co. Ltd. as owner *pro hac vice* of the M/V AFRICAN OWL (IMO 9701255),<br><br>Plaintiff,<br><br>v.<br><br>Tiryaki Shipping FZE, a foreign entity organized under the laws of the United Arab Emirates, Tiryaki Holding A.S. a foreign entity organized under the laws of the Republic of Turkey, TOI Commodities SA, a foreign entity organized under the laws of the Switzerland, Sunrise Foods International Inc. a foreign entity organized under the laws of Canada, Whitechart Ltd. a foreign entity organized under the laws of Belize, Sberbank (Switzerland) AG, a foreign entity organized under the laws of Switzerland,<br><br>Defendants. | Case No. 2:22-cv-00586-JAM-JDP<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS**<br><br>Complaint Filed: April 1, 2022 |

Having considered Plaintiff African Owl Shipping Co. Ltd. ("African Owl") as owner and operator of the M/V AFRICAN OWL and Defendants Sunrise Foods International Inc. and TOI Commodities SA's ("SUNRISE", "TOI") (collectively the

1  "Parties") Joint Stipulation for Extension of Time to File Dispositional Documents,
2  the request is hereby **GRANTED.**
3      The Court, therefore, hereby advances and continues the deadline as follows:
4      1.    The deadline for filing dispositional documents is extended from
5  May 24, 2022, to June 7, 2022.
6      **IT IS SO ORDERED.**
7  DATED: May 26, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone (562) 317-3300

2
ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS