UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| African Owl Shipping Co. Ltd. As owner pro hac vice of the M/V AFRICAN OWL (IMO 9701255), <br><br> Plaintiff, <br><br> v. <br><br> Tiryaki Shipping FZE, a foreign entity organized under the laws of the United Arab Emirates, Tiryaki Holding A.S. a foreign entity organized under the laws of the Republic of Turkey, TOI Commodities SA, a foreign entity organized under the laws of the Switzerland, Sunrise Foods International Inc. a foreign entity organized under the laws of Canada, Whitechart Ltd. a foreign entity organized under the laws of Belize, Sberbank (Switzerland) AG, a foreign entity organized under the laws of Switzerland, <br><br> Defendants. | No. 2:22-CV-00586-KJM-JDP <br><br> ORDER |

The court previously directed parties in this action to file dispositional documents by June 7, 2022. ECF No. 31. As of this order, parties have filed no such documents. Thus, **plaintiff is ordered to show cause within fourteen days** why this action should not be dismissed for lack of prosecution under Federal Rule of Civil Procedure 41(b). *See Hernandez v.*

1

1 | *City of El Monte*, 138 F.3d 393, 399 (9th Cir. 1998) (citing *Henderson v. Duncan*, 779 F.2d 1421
2 | (9th Cir. 1986)).
3 |         IT IS SO ORDERED.
4 |  DATED: March 30, 2023.

CHIEF UNITED STATES DISTRICT JUDGE